**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

OCT 2 5 2016

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 4:16-CR-158 |
| v. | ) | |
| | ) | INDICTMENT |
| CLARK WESLEY BETTS JR., | ) | T. 18 U.S.C. § 1591(a)(1) |
| | ) | T. 18 U.S.C. § 1591(b)(1) |
| Defendant. | ) | T. 18 U.S.C. § 1591(b)(2) |
| | ) | T. 21 U.S.C. § 841(a) |
| | ) | T. 21 U.S.C. § 859 |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Sex Trafficking of a Child)**

From in or about March 2016 until on or about May 25, 2016, in the Southern District of Iowa, the Defendant, CLARK WESLEY BETTS JR., did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, Victim #1,[1] knowing, and in reckless disregard for the fact, that said person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), and Title 18 United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Sex Trafficking of a Child)**

From in or about March 2016 until on or about May 25, 2016, in the Southern District of Iowa, the Defendant, CLARK WESLEY BETTS JR., did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, Victim #2,[2] knowing, and in reckless disregard for the fact, that said person had

---

[1] The identity of Victim #1 is known to the Grand Jury, and redacted from the Indictment.
[2] The identity of Victim #2 is known to the Grand Jury, and redacted from the Indictment

not attained the age of 14 years and would be caused to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and Title 18 United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Distribution to a Person Under Age Twenty-One)**

From in or about March 2016 until on or about May 25, 2016, in the Southern District of Iowa, the Defendant, CLARK WESLEY BETTS JR., a person at least eighteen years of age, knowingly and intentionally distributed a mixture and substance containing cocaine base, a Schedule II controlled substance, to Victim #1, a person under twenty-one years of age.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 859.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 4**
**(Distribution to a Person Under Age Twenty-One)**

From in or about March 2016 until on or about May 25, 2016, in the Southern District of Iowa, the Defendant, CLARK WESLEY BETTS JR., a person at least eighteen years of age, knowingly and intentionally distributed a mixture and substance containing cocaine base, a Schedule II controlled substance, to Victim #2, a person under twenty-one years of age.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 859.

**A TRUE BILL.**

/s/
FOREPERSON

Kevin E. VanderSchel
United States Attorney

By: /s/ *Amy L. Jennings*
    Amy L. Jennings
    Assistant United States Attorney